# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2008

Clifford W. Taylor,
Chief Justice

135958

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

SC: 135958
COA: 272820
Kent CC: 05-010336-FH

GREGORY RENARDO KELLY, a/k/a
GREGORY RAY KELLEY,
           Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2008

Clerk

p0514